UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ADRIAN McCAIN,

                    Plaintiff,

-against-

WESTCHESTER COUNTY JAIL; CORRECTIONAL OFFICER YEAGLEY #1713,

                    Defendants.

1:19-CV-10209 (CM)

CIVIL JUDGMENT

Pursuant to the order issued February 7, 2020, dismissing this action without prejudice,

IT IS ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice under the Prison Litigation Reform Act's "three-strikes" rule. 28 U.S.C. § 1915(g). Plaintiff continues to be barred from filing any federal civil action or appeal *in forma pauperis* while a prisoner unless he is under imminent danger of serious physical injury. *See id.*

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 7, 2020
          New York, New York

                                                COLLEEN McMAHON
                                                Chief United States District Judge